DocuSign Envelope ID: B095BA98-DAB1-419A-86CA-839CB7DABE92

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

    Plaintiff,

v.                                  Case No. 20CV431

KEVIN CARR, et al.,

    Defendants.

## STIPULATION FOR DIMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate and agree that all claims against the Defendants in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date: 8/29/2023            *Terrance Shaw*
                                Terrance Shaw, Plaintiff

Date: 9/6/2023             s/ Brandon T. Flugaur
                                Brandon T. Flugaur, Attorney for Defendants