# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

                              Plaintiff,

v.                                                          Case No. 20-CV-431-JPS

KEVIN CARR, ROBERT KRUEGER,
JASON LINGAFELT, MICHELE
OBUCINA, JIMMY CRUZ, WILLIAM
LANGE, KEITH SPRINGSTUBE, KEITH          **ORDER**
CHRISTENSEN SCOTT GUDAL,
JUSTIN SCHULLER, and CHRISTIAN
STOIBER,

                              Defendants.

Plaintiff Terrance J. Shaw, a former inmate, filed a pro se complaint under 42 U.S.C. § 1983 alleging that Defendants violated his federal rights. ECF No. 1. On September 6, 2023, Defendants filed a signed stipulation of dismissal of Plaintiff's claims with prejudice and without costs. ECF No. 56. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 56, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel, ECF No. 49, be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 7th day of September, 2023.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge